**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CASIMIR M. TOCZYLOWSKI, | : | No. 294 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SAMANTHA G. GIULIANO AND PAUL P. | : | |
| PALLADINO, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.